263 F.2d 841
 EMPIRE PETROLEUM COMPANY
v.
SINCLAIR PIPE LINE COMPANY.
 No. 5984.
 United States Court of Appeals Tenth Circuit.
 November 19, 1958.
 
 Appeal from the United States District Court for the District of Colorado.
 L. Bernard Davis, William R. Loeffler and R. R. Rosnik, Denver, Colo., for appellant.
 Robert A. Dick, Denver, Colo., for appellee.
 Before PHILLIPS, MURRAH and BREITENSTEIN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed without prejudice, on motion of appellee.